| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Francesca A. Arcure<br>Buckley Madole, P.C.<br>99 Wood Avenue South, Suite 803<br>Iselin, NJ 08830<br>Telephone: (732) 902-5399<br>NJ_ECF_Notices@BuckleyMadole.com<br>Attorneys for Movant | |
| In Re:<br><br>Nicholas A. Castellano | Case No.:     15-24535-JNP<br><br>Chapter:            13<br><br>Hearing Date:    10/11/2016<br><br>Judge:            Poslusny |

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Francesca A. Arcure                     ,

    ☒    am the attorney for: Toyota Motor Credit Corporation

    ☐    am self-represented

    Phone number: 732-902-5395

    Email address: francesca.arcure@buckleymadole.com

2. I request an adjournment of the following hearing:

    Matter: Motion for Relief from Stay

    Current hearing date and time: 10/11/2016 at 10:00

    New date requested: 11/15/2016

    Reason for adjournment request: to allow time to resolve with opposing counsel

    _____

3.     I request an adjournment of confirmation:

    Current confirmation date and time: _____

    New date requested: _____

    Reason for adjournment request: _____

    _____

    Confirmation has been adjourned _____ previous times

    Trustee payments are current through _____

    The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4.     Consent to adjournment:

    ☒ I have the consent of all parties.  ☐ I do not have the consent of all parties (explain below): _____

    _____
    _____

I certify under penalty of perjury that the foregoing is true.

Date: 9/26/2016 _____      /s/ Francesca A. Arcure _____
                                                               Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request must be made not later than 3 days before the hearing.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted      New hearing date: 11/15/16 at 10 am      ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____      ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**