Francesca A. Arcure
Buckley Madole, P.C.
99 Wood Avenue South, Suite 803
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@BuckleyMadole.com
Attorneys for Movant

**Order Filed on November 15, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Nicholas A. Castellano, | Case No. 15-24535-JNP |
|  | Hearing Date: 10/11/2016 @ 10:00 a.m. |
| Debtor. | Judge: Jerrold N. Poslusny Jr. |

**ORDER VACATING AUTOMATIC STAY AS TO PERSONAL PROPERTY**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: November 15, 2016**

_Honorable Jerrold N. Poslusny, Jr._
United States Bankruptcy Court

NJOrdVacStay01                                                              3512-N-8155

Debtor: Nicholas A. Castellano
Case No.: 15-24535-JNP
Caption of Order: **ORDER VACATING AUTOMATIC STAY AS TO PERSONAL PROPERTY**

Upon the motion of, Toyota Motor Credit Corporation, its successors and/or assigns ("Movant"), under Bankruptcy Code section § 362(a), for relief from the automatic stay, as to certain personal property as herein set forth, and for cause shown, it is hereby:

ORDERED that the automatic stay is vacated to permit the Movant, Toyota Motor Credit Corporation, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following personal property:

2013 TOYOTA TACOMA, VIN: 3TMLU4EN0DM128934

It is further ORDERED that the Movant may join Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

United States Bankruptcy Court
District of New Jersey

In re:  
Nicholas A. Castellano  
      Debtor

Case No. 15-24535-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin            Page 1 of 1            Date Rcvd: Nov 16, 2016  
                      Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2016.  
db         +Nicholas A. Castellano,   52 Heron Way,   North Cape May, NJ 08204-4432

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2016 at the address(es) listed below:

        Denise E. Carlon    on behalf of Creditor   Lakeview Loan Servicing, LLC bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
        Francesca Ann Arcure    on behalf of Creditor   Toyota Motor Credit Corporation nj_ecf_notices@buckleymadole.com  
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Joshua I. Goldman    on behalf of Creditor   Lakeview Loan Servicing, LLC jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Victoria A. Steffen    on behalf of Debtor Nicholas A. Castellano vsteffen@verizon.net, G30369@notify.cincompass.com  
                                                                                                                      TOTAL: 6