Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15−24535−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nicholas A. Castellano
   52 Heron Way
   North Cape May, NJ 08204

Social Security No.:
   xxx−xx−2733

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 9, 2015.

On January 25, 2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                March 7, 2018
Time:                09:00 AM
Location:            4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: January 25, 2018
JAN: def

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-24535-JNP
Nicholas A. Castellano                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Jan 25, 2018
                              Form ID: 185             Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 27, 2018.
```
db            +Nicholas A. Castellano,   52 Heron Way,   North Cape May, NJ 08204-4432
r             +BK Global Real Estate Services, LLC,   2000 East Lamar Blvd,   Suite 710,
               Arlington, TX 76006-7341
cr            +Toyota Motor Credit Corporation,   C/O Buckley Madole, P.C.,   99 Wood Avenue South, Suite 803,
               Iselin, NJ 08830-2713
515656588      Atlantic County Probation Division,   Child Support Enforcement,   PO Box 5129,
               Atlantic City, NJ  08404-5129
515656589     +Castellano, Nicole,   307 Fire Lane,   North Cape May, NJ 08204-3492
515656590     +Kivitz McKeever Lee,   701 Market Street-Ste 5000,   Philadelphia, PA 19106-1541
515656591     +Lakeview Loan Servicing LLC,   Customer Service,   4425 Ponce DeLeon Blvd,
               Coral Gables, FL 33146-1837
515656593    ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court:  Toyota Financial Services,   PO Box 8026,
               Cedar Rapids, IA  52409-8026)
516725010      Toyota Motor Credit Corporation,   c/o Becket and Lee LLP,   PO Box 3001,
               Malvern  PA 19355-0701
515721296     +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 25 2018 23:28:41      U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 25 2018 23:28:37      United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
515729646     +E-mail/Text: camanagement@mtb.com Jan 25 2018 23:28:23      Lakeview Loan Servicing, LLC,
               C/O M&T BANK,   PO BOX 1288,   Buffalo, NY 14240-1288
515656592      E-mail/Text: camanagement@mtb.com Jan 25 2018 23:28:23      M & T Bank,   Lending Services,
               PO Box 1288,   Buffalo, NY 14240-1288
                                                                                              TOTAL: 4
```
```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2018 at the address(es) listed below:
```
              Brian C. Nicholas    on behalf of Creditor   Lakeview Loan Servicing, LLC
               bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor   Lakeview Loan Servicing, LLC
               bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor   Toyota Motor Credit Corporation
               nj_ecf_notices@buckleymadole.com,  NJ_ECF_Notices@McCalla.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor   Lakeview Loan Servicing, LLC jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor   Lakeview Loan Servicing, LLC rsolarz@kmllawgroup.com
              Victoria A. Steffen    on behalf of Debtor Nicholas A. Castellano vsteffen@verizon.net,
               G30369@notify.cincompass.com
```

```
District/off: 0312-1           User: admin              Page 2 of 2                Date Rcvd: Jan 25, 2018
                               Form ID: 185             Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                                    TOTAL: 8