**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15−24535−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nicholas A. Castellano
   52 Heron Way
   North Cape May, NJ 08204

Social Security No.:
   xxx−xx−2733

Employer's Tax I.D. No.:

**NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
AND NOTICE OF HEARING THEREON**

   Notice is hereby given that a Plan was confirmed in this matter on March 16, 2018.

   On 7/14/2018 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                August 15, 2018
Time:                09:00 AM
Location:            4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: July 16, 2018
JAN: lgr

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Nicholas A. Castellano  
    Debtor

Case No. 15-24535-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 1        Date Rcvd: Jul 16, 2018  
                         Form ID: 185       Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2018.
```
db             +Nicholas A. Castellano,    52 Heron Way,    North Cape May, NJ 08204-4432
r              +BK Global Real Estate Services, LLC,    2000 East Lamar Blvd,    Suite 710,
                 Arlington, TX 76006-7341
cr             +Toyota Motor Credit Corporation,    C/O Buckley Madole, P.C.,    99 Wood Avenue South, Suite 803,
                 Iselin, NJ 08830-2713
515656588       Atlantic County Probation Division,    Child Support Enforcement,    PO Box 5129,
                 Atlantic City, NJ  08404-5129
515656589      +Castellano, Nicole,    307 Fire Lane,    North Cape May, NJ 08204-3492
515656590      +Kivitz McKeever Lee,    701 Market Street-Ste 5000,    Philadelphia, PA 19106-1541
515656591      +Lakeview Loan Servicing LLC,    Customer Service,    4425 Ponce DeLeon Blvd,
                 Coral Gables, FL 33146-1837
515656593     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Financial Services,    PO Box 8026,
                 Cedar Rapids, IA  52409-8026)
516725010       Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
515721296      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 16 2018 23:44:50      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 16 2018 23:44:46      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515729646      +E-mail/Text: camanagement@mtb.com Jul 16 2018 23:44:26      Lakeview Loan Servicing, LLC,
                 C/O M&T BANK,    PO BOX 1288,    Buffalo, NY 14240-1288
515656592       E-mail/Text: camanagement@mtb.com Jul 16 2018 23:44:26      M & T Bank,    Lending Services,
                 PO Box 1288,    Buffalo, NY 14240-1288
                                                                                              TOTAL: 4
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2018                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2018 at the address(es) listed below:
```
              Brian C. Nicholas    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation
               NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Lakeview Loan Servicing, LLC rsolarz@kmllawgroup.com
              Victoria A. Steffen    on behalf of Debtor Nicholas A. Castellano vsteffen@verizon.net,
               G30369@notify.cincompass.com
                                                                                              TOTAL: 8
```