Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                  Case No.: 15−24535−JNP
                                  Chapter: 13
                                  Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nicholas A. Castellano
   52 Heron Way
   North Cape May, NJ 08204

Social Security No.:
   xxx−xx−2733

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/18/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 18, 2018
JAN: cmf

                                                                           Jeanne Naughton
                                                                           Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 15-24535-JNP
Nicholas A. Castellano                                                 Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1            Date Rcvd: Oct 18, 2018
                              Form ID: 148             Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2018.
```
db              +Nicholas A. Castellano,    52 Heron Way,    North Cape May, NJ 08204-4432
r               +BK Global Real Estate Services, LLC,    2000 East Lamar Blvd,    Suite 710,
                  Arlington, TX 76006-7341
cr              +Toyota Motor Credit Corporation,    C/O Buckley Madole, P.C.,    99 Wood Avenue South, Suite 803,
                  Iselin, NJ 08830-2713
515656588        Atlantic County Probation Division,    Child Support Enforcement,    PO Box 5129,
                  Atlantic City, NJ  08404-5129
515656589       +Castellano, Nicole,    307 Fire Lane,    North Cape May, NJ 08204-3492
515656590       +Kivitz McKeever Lee,    701 Market Street-Ste 5000,    Philadelphia, PA 19106-1541
515656591       +Lakeview Loan Servicing LLC,    Customer Service,    4425 Ponce DeLeon Blvd,
                  Coral Gables, FL 33146-1837
515721296       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Oct 18 2018 23:52:01      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 18 2018 23:51:58      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
515729646       +E-mail/Text: camanagement@mtb.com Oct 18 2018 23:51:28      Lakeview Loan Servicing, LLC,
                  C/O M&T BANK,    PO BOX 1288,    Buffalo, NY 14240-1288
515656592        E-mail/Text: camanagement@mtb.com Oct 18 2018 23:51:28      M & T Bank,    Lending Services,
                  PO Box 1288,    Buffalo, NY 14240-1288
515656593        EDI: TFSR.COM Oct 19 2018 03:23:00      Toyota Financial Services,    PO Box 8026,
                  Cedar Rapids, IA  52409-8026
516725010        EDI: BL-TOYOTA.COM Oct 19 2018 03:23:00      Toyota Motor Credit Corporation,
                  c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
                                                                                                TOTAL: 6
```

```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2018                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2018 at the address(es) listed below:
```
              Brian C. Nicholas    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bnicholas@kmllawgroup.com,     bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bankruptcynotice@zuckergoldberg.com,     bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation
               NJ_ECF_Notices@McCalla.com,     NJ_ECF_Notices@McCalla.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,     summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Lakeview Loan Servicing, LLC rsolarz@kmllawgroup.com
              Victoria A. Steffen    on behalf of Debtor Nicholas A. Castellano vsteffen@verizon.net,
               G30369@notify.cincompass.com
                                                                                               TOTAL: 8
```